RAE BERNSTOCK and HARRY BERNSTOCK, Respondents, v. PARAMOUNT BEAUTY SHOPPE, INC., and LEONORA FELDMAN, Defendants, and RAP-I-DOL DISTRIBUTING CORP., Appellant.— Order granting plaintiffs' motion for a discovery and inspection of certain documents, and for a further examination before trial of the defendant Rap-I-Dol Distributing Corp., by its officer, affirmed, with ten dollars costs and disbursements. No opinion. Discovery to be had and examination to proceed on

five days' notice.   Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.